# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHNNIE SIMMONS, | : No. 19 MM 2015 |
| Petitioner | : |
| v. | : |
| J. ECKARD, SUPERINTENDENT; COMMONWEALTH OF PENNSYLVANIA; COMMON PLEAS COURT OF YORK COUNTY, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.